NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000469
14-AUG-2013
08:26 AM**

NO. CAAP-13-0000469

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DANIEL PADILLA and YUMI PADILLA-TOMISHIMA,
Plaintiffs-Appellants/Cross-Appellees,
v.
AKI STACHIEWICZ, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC10-1-11477)

ORDER APPROVING THE AUGUST 06, 2013
STIPULATION TO DISMISS APPEAL AND CROSS-APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal
and Cross-Appeal, filed August 6, 2013, by Plaintiff/Appellant/
Cross-Appellee Yumi Padilla-Tomishima, and the record, it appears
that (1) the stipulation is dated and signed by counsel for all
parties on appeal; (2) the parties seek to dismiss the appeal,

pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the parties agree to bear their own costs and fees on appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).   Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal and cross-appeal is approved and the appeal is dismissed, pursuant to HRAP Rule 42(a).   The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi,  August 14, 2013.


Chief Judge


Associate Judge


Associate Judge